UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNETTE BLANCHARD,

Plaintiff,

v.

FREMONT HOME LOAN TRUST 2005−D et al.,

Defendants.

Case No. C17-415-RSM

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Plaintiff Annette Blanchard's Motion for Extension of Time. Dkt. #7. Ms. Blanchard requests an extension of the June 5, 2017, deadline for the Rule 26(f) Conference, however she fails to set forth any basis for the request or the number of days needed. Accordingly, the Court must deny this request. Ms. Blanchard may renew her request, setting forth the reasons why she needs the extension and the number of days needed. Ms. Blanchard is otherwise directed to immediately engage in the required Rule 26(f) Conference. The Court notes its concern that Defendants have not made an appearance.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Extension of Time (Dkt. #7) is DENIED.

DATED this 7 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1