UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNETTE BLANCHARD,<br><br>                 Plaintiff,<br><br>      v.<br><br>FREMONT HOME LOAN TRUST 2005-d, *et al.*,<br><br>                 Defendants. | CASE NO. C17-415 RSM<br><br>ORDER GRANTING EXTENSION OF FRCP 26f CONFERENCE DEADLINE |

This matter comes before the Court on Plaintiff Annette Blanchard's Motion for "Temporary Extension of Time." Dkt. #9. Plaintiff requests relief from the Rule 26(f) Conference deadline, which passed on June 5, 2017, and that the Court set a new deadline of June 23, 2017. *Id*. Plaintiff also appears to request relief from the initial disclosures and Joint Status Report deadlines. *Id.* Plaintiff argues that this relief is necessary to allow her to continue to contact and confer with all Defendants, none of which have made an appearance in this matter. *Id*. Plaintiff also states that she will be receiving a report from Certified Forensic Loan Auditors on June 20, 2017, which will contain necessary information for her to proceed with these activities. *Id*.

ORDER GRANTING EXTENSION OF FRCP 26f
CONFERENCE DEADLINE - 1

1        The Court finds that Plaintiff has demonstrated good cause for relief from these deadlines and will grant her request to extend the Rule 26(f) Conference deadline to June 23, 2017. The Court will likewise extend the initial disclosure deadline to June 30, 2017, and the Joint Status Report deadline to July 7, 2017.

       Having reviewed the relevant briefing, and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Annette Blanchard's Motion for "Temporary Extension of Time" (Dkt. #9) is GRANTED. The following deadlines are revised as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 6/23/2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 6/30/2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) And Local Civil Rule 26(f): | 7/7/2017 |

Dated this 15th day of June 2017.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF FRCP 26f
CONFERENCE DEADLINE - 1